11/28/2008 4:04 PM    PAGE    1/001    Fax Server

# LEHMAN BROTHERS

**To:** Derivative Operations
Michigan State Housing Developement Authority

**From:** Derivative Middle Office
Lehman Brothers Derivative Products Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200 Fax: (212)526-1795 or (212)526-6336

**Date:** November 28, 2008

**Re:** Calculation of amount due December 01, 2008
USD 65,000,000.00 Amortizing Swap Transaction
Maturing June 01, 2038

*Our Reference:* 1300941D / 3015605

**FIXED AMOUNT:**
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

USD 65,000,000.00 x 4.15610% x 180 / 360 =                    USD 1,350,732.50

**FLOATING AMOUNT:**
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

| | |
|---|---|
| Floating Rate Option: | N/A |
| Designated Maturity: | N/A (Weighted Weekly Average) |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | November 28, 2008 |
| Quoted Rate: | 2.65851% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.80779% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/01/08 | 12/01/08 | 65,000,000.00 | 1.80779% | 183/366 | 587,531.75 |

Amount due LBDP                                                        USD 763,200.75

You are kindly requested to pay USD 763,200.75 on December 01, 2008 in immediately available funds as per the following instructions:

Validated by: _____ This field should be populated by and with the name of the person who has determined that the underlying document governing the transaction

*Payment Instructions:*
Security Procedures XXX
CHASE BANK N.Y
A/C: 3078476059
LEHMAN BROTHERS DERIVATIVE PRODUCTS
LBDP SWAPS

If Callback:
Person Called _____
Date and Time _____
USB Signature _____
Comment _____

If Callback: The person who has performed the callback function should fill out this

Would you like to confirm payments and retrieve/reset calculations online? Please contact us at 212-526-0200 and with access to our eSAP system. This can be found at www.lehmanlive.com

PLAINTIFF'S
EXHIBIT

NO. **C**

11/28/2008 4:04 PM PAGE 1/001 Fax Server

# LEHMAN BROTHERS

To:     Derivative Operations
        Michigan State Housing Developement Authority

From:   Derivative Middle Office
        Lehman Brothers Derivative Products Inc

        For Settlement and Payments please contact Derivative Operations at:
        Phone: (212) 526-0200 Fax: (212)526-1795 or (212)526-6336

Date:   November 28, 2008

Re:     Calculation of amount due December 01, 2008
        USD 69,915,000.00 Amortizing Swap Transaction
        Maturing June 01, 2030
        *Our Reference:* 1193413D / 2491183

FIXED AMOUNT:
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

$$USD\ 69,915,000.00 \times 4.57400\% \times 180 / 360 =$$     USD 1,598,956.05

FLOATING AMOUNT:
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

Floating Rate Option:           N/A
Designated Maturity:            N/A (Weighted Weekly Average)
Reference Source:               Telerate 3750
Rate Setting Date:              November 28, 2008
Quoted Rate:                    2.65851%
Floating Rate Spread:           0.00000%
Floating Rate:                  1.80779%

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|------|------|------|------|------|------|
| 06/01/08 | 12/01/08 | 69,915,000.00 | 1.80779% | 183/366 | 631,958.19 |

Amount due LBDP                                                USD 966,997.86

You are kindly requested to pay USD 966,997.86 to LBDP on December 01, 2008 using the following payment instructions:

Payment Instructions
In USD:
CITIBANK N.A.
Bank address:
LEHMAN BROTHERS DERIV. PRODUCTS
DPI SWAPS
//LBDP

If Callback
Person called
Date and time:
USB Signature
Comment

If Callback: The person who has performed this callback function should fill out this section.

Would you like to confirm payments and retrieve reset calculations online? Please contact us at 212-526-0200 and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com

11/28/2008  3:54 PM  PAGE  1/001  Fax Server

# LEHMAN BROTHERS

**To:**  Derivative Operations
Michigan State Housing Development Authority

**From:**  Derivative Middle Office
Lehman Brothers Derivative Products Inc

For Settlement and Payments please contact Derivative Operations at:
Phone: (212) 526-0200, Fax: (212) 526-1795 or (212) 526-6336

**Date:**  November 28, 2008

**Re:**  Calculation of amount due December 01, 2008
USD 50,645,000.00 Amortizing Swap Transaction
Maturing June 01, 2033
*Our Reference:* 1193393D / 2491204

**FIXED AMOUNT:**
MI State Housing to LBDP

Calculation Period from June 01, 2008 to December 01, 2008

USD 50,645,000.00 x 4.41700% x 180 / 360 =                    USD 1,118,494.83

**FLOATING AMOUNT:**
LBDP to MI State Housing
Calculation Period from June 01, 2008 to December 01, 2008

| | |
|---|---|
| Floating Rate Option: | N/A |
| Designated Maturity: | N/A (Weighted Weekly Average) |
| Reference Source: | Telerate 3750 |
| Rate Setting Date: | November 28, 2008 |
| Quoted Rate: | 2.65851% |
| Floating Rate Spread: | 0.00000% |
| Floating Rate: | 1.80779% |

| From | To | Notional - USD | Floating Rate | Day Count Fraction | Amount - USD |
|---|---|---|---|---|---|
| 06/01/08 | 12/01/08 | 50,645,000.00 | 1.80779% | 183/366 | 457,777.62 |

Amount due LBDP                                                              USD 660,717.21

You are kindly requested to pay USD 660,717.21 to LBDP on December 01, 2008 in immediately available funds, as per the following instructions:

BNF/SWAPS
//LBDP

Would you like to confirm payments and retrieve reset calculations online? Please contact us at 212-526-0200 and we will grant you access to our eSAP system. This can be found at www.lehmanlive.com